PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-cr-00187 GEB |
|---|---|
| Plaintiff, | |
| v. | |
| SCATTAGALIA, ET AL., | |
| Defendants. | |

| UNITED STATES OF AMERICA, | CASE NO. 2:17-cr-00200 KJM |
|---|---|
| Plaintiff, | |
| v. | |
| AARON GILLIAM, | |
| Defendant. | |

**TO THIS HONORABLE COURT:**

The United States of America, through its undersigned counsel, Assistant United States Attorneys Todd A. Pickles and Rosanne L. Rust, hereby gives notice that the above-captioned matters may be related cases within the meaning of Local Rule 123.  These cases involve some of

the same parties and/or witnesses, are based on the same or similar questions of law, and reassignment to the same district judge may avoid substantial duplication of labor by the Court.

Both of the above-referenced cases arise out of a series of on-going investigations by Federal Bureau of Investigation ("FBI"), Department of Homeland Security, Homeland Security Investigations ("HSI"), and Department of Motor Vehicles-Office of Internal Affairs ("DMV-OIA"). In particular, the named defendants in *United States v. Scattaglia, et al.*, 2:17-cr-00187 GEB are charged with conspiracy to commit bribery, to commit identity fraud, and to commit unauthorized access of a computer, in violation of 18 U.S.C. § 371. The information in *Scattaglia, et al.* alleges that both of the named defendants, who were former DMV employees in Southern California, conspired with owners of truck schools and other "brokers" to obtain California driver licenses ("CDLs") for the brokers' clients without the applicants needing to take or pass the requisite examinations.[1]

Through the course of the FBI/HSI/DMV-OIA investigations that resulted in the information filed in *United States v. Scattaglia*, *et al.*, 2:17-cr-187 GEB, defendant Aaron Gilliam in the case *United States v. Gilliam*, 2:17-cr-200 KJM, was identified as a subject of the on-going investigations. In particular, after having identified Scattaglia and Terraciano as allegedly being engaged in fraudulent conduct, DMV-OIA began an analysis of the DMV records accessed by those defendants to identify other fraudulent conduct. In the course of that analysis, DMV-OIA identified defendant Gilliam in 2:17-cr-200 KJM as also accessing some of the same DMV records that were accessed by defendants Kari Scattaglia and Lisa Terraciano in 2:17-cr-187 GEB. Further, the investigation uncovered evidence that defendant Terraciano in *Scattaglia, et al.,* was allegedly accepting money from a broker to access the DMV's database to alter records to fraudulently show that applicants had passed the written tests when they had not done so. The information in *Gilliam*, 2:17-cr-200 KJM, alleges that Gilliam conspired with this same broker to access the DMV's database to alter records to fraudulently show that applicants had passed the written tests when they had not done so.

---

[1] By order of the Court, *Scattaglia* was found related to three other cases alleging a similar conspiracy to commit bribery and identity fraud that involved an overlap of evidence.

Notice of Related Cases

2

In sum, both *Scattaglia*, *et al.*, 2:17-cr-187 GEB and *Gilliam*, 2:17-cr-200 KJM, each charge a similar conspiracy to commit bribery, to commit identity fraud, and to commit unauthorized access of a computer, and include overlapping evidence as to at least one presently uncharged co-conspirator, among other items. *Compare Scattaglia*, Dckt. No. 1 *with Gilliam*, Dckt. No. 1.[2] The United States also believes that there may be some overlapping evidentiary questions as well as the same or similar questions of law, including the calculation of the advisory sentencing guidelines based on the same or similar issues unique to the DMV bribery cases.

Accordingly, pursuant to Local Rule 123, the United States gives notice that these cases may "effect a substantial savings of judicial effort" and avoid the "substantial duplication of labor" by the judiciary of this district, including any issues regarding discovery or admissibility of evidence, questions of law, and sentencing determinations that may arise relating to the similar charged conduct. *See* EDCA L.R. 123(a)(3)-(4). Consequently, the United States respectfully requests that this Court consider relating the above-captioned cases in accordance with the provisions of the Local Rules of this district.

Dated:  November 1, 2017            Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:     */s/ Todd A. Pickles*
TODD A. PICKLES
ROSANNE L. RUST
Assistant U.S. Attorneys

---

[2] The overlapping evidence consists of some testimony regarding the operations of the DMV as well as the DMV analysis with respect to records accessed by the defendants in *Scattaglia, et al.*, and *Gilliam*, as well as evidence obtained relating to alleged co-conspirators of Terraciano and Gilliam.

Notice of Related Cases