DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Facsimile: (916) 930-6482
Email: davefischer@yahoo.com

Attorney for Defendant
AARON CHARLES GILLIAM

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-0200 GEB |
|---|---|
| Plaintiff, | |
| v. | **APPLICATION FOR TRANSPORTATION AND SUBSISTENCE, PURSUANT TO 18 U.S.C. § 4285** |
| AARON CHARLES GILLIAM, | |
| Defendant. | |

**Procedural History**

In this matter, defendant Aaron Charles Gilliam is currently scheduled to appear on Thursday, November 16, 2017, at 2 p.m. to make an initial appearance. Based on discussions with government's counsel, it is anticipated that the government will not oppose Mr. Gilliam's release on his own recognizance. Mr. Gilliam is scheduled to appear again on Friday, November 17, 2017, at 9 a.m. for a change of plea before District Judge Garland E. Burrell, Jr.

I am Mr. Gilliam's court-appointed counsel. Mr. Gilliam resides in Southern California, and he is unable to afford travel to Sacramento.

- 1 -

APPLICATION FOR TRANSPORTATION

**Application**

Title 18 U.S.C. § 4285 authorizes any judge or magistrate judge of the United States to direct the United States Marshal to pay fares for transportation and to provide money for subsistence expenses to a defendant in connection with court appearances.

Application is hereby made for an Order for Transportation and Subsistence for Mr. Gilliam to enable him to meet with counsel and attend his initial appearance on November 16, 2017, and to attend his change of plea hearing on November 17, 2017. Mr. Gilliam has advised counsel that he is unable to afford travel and subsistence. As such, Mr. Gilliam is requesting an Order authorizing the following:

1. The United States Marshals Service is authorized to arrange and pay for non-custodial transportation of Aaron Charles Gilliam from Southern California to Sacramento on November 16, 2017, and to pay for subsistence not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

2. The United States Marshals Services is authorized to arrange and pay for non-custodial transportation of Aaron Charles Gilliam from Sacramento to Southern California on November 17, 2017, and to pay for subsistence not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

In the interests of justice, the defendant requests the Court to arrange direct the U.S. Marshalls Service to pay the round-trip fare for non-custodial transportation from Southern California to Sacramento, and to provide Mr. Gilliam with an amount of money for subsistence pursuant to section 4285.

Dated: November 13, 2017  /s/ David D. Fischer
　　　　　　　　　　　　　　DAVID D. FISCHER
　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　AARON GILLIAM

APPLICATION FOR TRANSPORTATION

DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Facsimile: (916) 930-6482
Email: davefischer@yahoo.com

Attorney for Defendant
AARON CHARLES GILLIAM

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AARON CHARLES GILLIAM,

    Defendant.

Case No.: 2:17-CR-0200 GEB

**ORDER FOR TRANSPORTATION AND SUBSISTENCE, PURSUANT TO 18 U.S.C. § 4285**

TO: THE UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA. GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE, IT IS ORDERED THAT PURSUANT TO 18 U.S.C. § 4285:

1. The United States Marshals Service is authorized to arrange for non-custodial transportation of Aaron Charles Gilliam from Southern California to Sacramento on November 16, 2017, and to pay for subsistence not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

2. The United States Marshals Services is authorized to arrange for non-custodial transportation of Aaron Charles Gilliam from Sacramento to Southern California on November 17, 2017, and

- 3 -

to pay for subsistence not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

IT IS SO ORDERED.

Dated: November 13, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE