McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON GILLIAM,<br><br>Defendant. | CASE NO. 2:17-CR-200 GEB<br><br>STIPULATION REGARDING MOVING JUDGMENT AND SENTENCING HEARING; [PROPOSED] ORDER<br><br>DATE: July 12, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Aaron Gilliam, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on Friday, July 12, 2019, at 9:00 a.m.

2. By this stipulation, the defendant now moves to continue the defendant Aarron Gilliam's judgment and sentencing hearing to Friday, August 23, 2019, at 9:00 a.m.

3. The parties do not seek to reset any other dates because the PSR process has already been completed.

///

///

///

4. The United States will not agree to any further continuances of the judgment and sentencing hearing.

IT IS SO STIPULATED.

Dated: July 9, 2019         McGREGOR W. SCOTT
                            United States Attorney

                            /s/ ROSANNE L. RUST
                            ROSANNE L. RUST
                            Assistant United States Attorney

Dated: July 9, 2019         /s/ DAVID FISCHER
                            DAVID FISCHER
                            Counsel for Defendant
                            AARON GILLIAM

# ORDER

JUDGMENT AND SENTENCING HEARING FOR AARON GILLIAM IS NOW SCHEDULED FOR FRIDAY, AUGUST 23, 2019. IT IS SO ORDERED.

Dated: July 11, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge